FILED

**NOT FOR PUBLICATION**

OCT 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| In re: GTI CAPITAL HOLDINGS, LLC, DBA Rockland Materials,<br><br>               Debtor,<br><br>———————————————<br><br>TRIAD COMMERCIAL CAPTIVE CO.; et al.,<br><br>               Appellants,<br><br>  v.<br><br>COMERICA BANK; et al.,<br><br>               Appellees. | No. 09-60003<br><br>BAP No. AZ-08-1079-MkEMo<br><br>MEMORANDUM[*] |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Montali, Markell, and Efremsky, Bankruptcy Judges, Presiding

Submitted October 6, 2010[**]
San Francisco, California

Before: THOMPSON, FERNANDEZ and SILVERMAN, Circuit Judges.

---

      [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

      [**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Appellants appeal the bankruptcy court's approval of a settlement between Appellees David Reaves, the bankruptcy trustee, and Comerica Bank. However, Appellants' brief does not identify any error in any of the bankruptcy court's rulings.

Rather, Appellants appear to be seeking on appeal an advisory opinion about the effects of the settlement agreement on other litigation. We lack jurisdiction to render advisory opinions. *See Kittel v. Thomas*, 610 F.3d 1115, 1117 (9th Cir. 2010).

**AFFIRMED.**